UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED
JAN 27 2020
U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

UNITED STATES OF AMERICA,

v.

CHRISTOPHER T. ENGLE,

Defendant.

Criminal No.     3:20-CR-4

Violation:       18 U.S.C. § 1343

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

(Wire Fraud)

On or about August 19, 2016, in the Northern District of West Virginia and elsewhere, the defendant, **CHRISTOPHER T. ENGLE**, for the purpose of executing a scheme and artifice to defraud, knowingly transmitted and caused to be transmitted by means of wire communications in interstate commerce, the following writing and signal, that is defendant, **CHRISTOPHER T. ENGLE**, deposited checks into the Hearts 2 Heros bank account with City National Bank, which caused interstate wire communications to be transmitted in order to deposit the funds into the Hearts 2 Heros bank account, in violation of Title 18, United State Code, Section 1343.

WILLIAM J. POWELL
United States Attorney

Lara K. Omps-Botteicher
Jeffrey Finucane
Assistant United States Attorneys